UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DAVID HOOD, | § § § | |
| *Plaintiff* | § § | |
| v. | § § | CIVIL ACTION NO. 4:11-CV-03946 |
| VALENTINE & KEBARTAS, INC., et al | § § § § | |
| *Defendants.* | | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a).

Respectfully submitted,

Lone Star Legal Aid

By /s/ Thai Nguyen
Thai-Anh Nguyen
TX Bar: 24071116
1415 Fannin, 3rd Floor
Houston, TX 77002
Ph: (713) 652-0077
Fax: (713) 652-3814

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2012, a true and correct copy of the foregoing was served via email to:

Robert Handley
Agent for Valentine & Kebartas, Inc.
Work: (855) 821-6011
RHandley@v-k-i.com

By /s/ Thai Nguyen
Thai Nguyen